MAGISTRATE'S CRIMINAL MINUTES
COMPLAINT

|  | TIME IN COURT: |  | HRS. | 17 | MINS. |
|---|---|---|---|---|---|
| FILED IN OPEN COURT | DATE: 7/27/2021 | TIME: 9:42 am | TAPE: | FTR | |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN        **DEPUTY CLERK:** Lisa Enix

| CASE NUMBER: | 3:21-MJ-002-AJB | DEFENDANT'S NAME: | Stefan Zappey |
|---|---|---|---|
| AUSA: | Leanne Marek | DEFENDANT'S ATTORNEY: | Kendal Silas and Donald Samuel |
| USPO/PTR: | Ashley Watson | TYPE OF COUNSEL: | FDP |
| ARREST DATE: | | | |
| INTERPRETER: | | | |
| INITIAL APPEARANCE HEARING: (  ) IN THIS DISTRICT | | DFT IN CUSTODY? (  ) YES  (  ) NO | |
| Due Process Protection Act Warning Given to Government's Counsel. Order on Page 2 | | | |

**COUNSEL**

|   | ORDER appointing Federal Defender as counsel for defendant |   | INITIAL APPEARANCE ONLY |
|---|---|---|---|
|   | ORDER appointing | as counsel for defendant. | |
|   | ORDER defendant to pay attorney's fees as follows: | | |
| X | The Defendant is in the process of retaining attorney Don Samuel and this should be completed by 7/30/2021. | | |

**PRELIMINARY HEARING**

| X | Preliminary Hearing Rescheduled to | 7/30/2021 | | at | 2:30 PM |
|---|---|---|---|---|---|
|   | DEFENDANT WAIVES PRELIMINARY HEARING | | WAIVER FILED | | |
|   | PRELIMINARY HEARING HELD | | PROBABLE CAUSE FOUND; DEFENDANT HELD TO DISTRICT COURT | | |
|   | MISCELLANEOUS | | | | |

**BOND/PRETRIAL DETENTION HEARING**

| X | Detention Hearing rescheduled to | | 7/30/2021 | at | 2:30 pm | |
|---|---|---|---|---|---|---|
|   | Temporary Commitment issued. Remanded to USM | | | | | |
|   | Bond Hearing Held | | | | | |
|   | Government motion for detention | | GRANTED | DENIED | WAIVED | WITHDRWAN |
|   | Pretrial Detention Ordered. | | Written Order to follow. | | | |
|   | BOND SET AT | | | | | |
|   | NON-SURETY | | | | | |
|   | SURETY | (  ) CASH | (  ) PROPERTY | | (  ) CORPORATE SURETY | |
|   | SPECIAL CONDITIONS: | | | | | |
|   | BOND FILED; DEFENDANT RELEASE. | | | | | |
|   | BOND NOT EXCUTED. DEFENDANT TO REMAIL IN MARSHAL'S CUSTODY. | | | | | |
|   | WITNESSES: | | | | | |
|   | EXHBITS: | | | | | |